PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN HIGHLAND, GA Bar No. 153550
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-2495
      E-Mail: erin.highland@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIEN DESMOND DAILEY,<br><br>    Plaintiff,<br><br>    vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:23-cv-00073-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>(ECF No. 11) |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended thirty (30) days from April 18, 2023, up to and including May 18, 2023. This is the Defendant's first request for an extension. Defendant respectfully requests this additional time because additional time is needed to prepare and file the certified administrative record.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated:  April 11, 2023                */s/  Jonathan O. Peña  \**
                                        (\*as authorized via e-mail on Apr. 11, 2023)
                                        Jonathan O. Peña
                                        Attorney for Plaintiff

Dated: April 11, 2023                PHILLIP A. TALBERT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Social Security Administration

                              By:     /s/ *Erin Highland*
                                        ERIN HIGHLAND
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

# **ORDER**

Pursuant to the parties' stipulation (ECF No. 11), IT IS ORDERED that Defendant shall have an extension, up to and including May 18, 2023, to respond to Plaintiff's Complaint. All other deadlines in the scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: **April 12, 2023**                              /s/ *Erica P. Grosjean*
                                                                        UNITED STATES MAGISTRATE JUDGE